UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES ALONZO LEWIS,

    Plaintiff,

v.

    Case No. 2:19-cv-183

    HONORABLE PAUL L. MALONEY

UNKNOWN KIENERT, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  August 28, 2020        /s/  Paul L. Maloney
      Paul L. Maloney
      United States District Judge